UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHEL SIMMS,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | C.A. NO. CaseNumber |

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441

The Defendant, Target Corporation ("Target") files this Notice of Removal to the United States District Court for the District of Massachusetts from Norfolk Superior Court, Norfolk County, Trial Court of the Commonwealth of Massachusetts, and states the following in support of this Notice of Removal:

1. The Plaintiff, Rachel Simms (hereinafter the "Plaintiff") is an individual who resides in Weston, Florida. The Plaintiff filed a civil action against Defendant in Norfolk Superior Court, Norfolk County, Trial Court of the Commonwealth of Massachusetts, Civil Action No. 2082CV01185, entitled *Rachel Simms v. Target Corporation* (the "Action").

2. This Notice of Removal is filed in the United States District Court for the District of Massachusetts within the time allowed by law for removal of civil actions. The documents attached hereto as **Exhibit A** constitute all of the process and pleadings served upon Target to date.

100237411

3.      This Action is removable to this Court pursuant to 28 U.S.C. §1441(b), because the Plaintiff is domiciled in Florida, and the Defendant's principal place of business is in Minneapolis, Minnesota.  As such, diversity of citizenship exists.

4.      The plaintiff claims injuries and treatment to multiple body parts, including surgery to her knee and shoulder, as a result of her fall and that, if believed, those damages are likely to exceed $75,000.

5.      This Notice of Removal is being filed within thirty (30) days of Target's receipt of the first document(s) from which it was able to ascertain that this case is one which has become removable in accordance with 28 U.S.C. §1446(b)(3).

6.      A notice of the filing of this Notice of Removal and a true copy of this Notice of Removal will be filed with the Clerk of Norfolk Superior Court, Norfolk County, Trial Court of the Commonwealth of Massachusetts, as required by 28 U.S.C. §1446(d).

7.      Pursuant to Local Rule 81.1(A), Target shall request of the Clerk of the Norfolk Superior Court, Norfolk County, Trial Court of the Commonwealth of Massachusetts, certified or attested copies of all records and proceedings in the state court and certified or attested to copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after filing of this Notice of Removal.

WHEREFORE, Defendants pray that said action now pending in the Norfolk Superior Court, Norfolk County, Trial Court of the Commonwealth of Massachusetts be removed therefrom to the United States District Court for the District of Massachusetts.

100237411

Respectfully submitted,

TARGET CORPORATION

By Its Attorneys,

/s/ *Sean F. McDonough*

Sean F. McDonough, BBO #564723
smcdonough@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Phone:    617-439-7500
Fax:       617-342-4950

3

100237411

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2021

 /s/ *Sean F. McDonough*